UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS FRANCHINI, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Docket no. 1:18-cv-00015-GZS ) |
| BANGOR PUBLISHING CO. INC. et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON ISSUE OF STAY**

On March 29, 2019, the Court issued an Order on Pending Dispositive Motions in this action (ECF No. 55). As relevant here, the Court denied Defendant Investor's Business Daily's Special Motion to Dismiss (ECF No. 17) pursuant to Maine's anti-SLAPP statute, 14 M.R.S.A. § 556, and held that the record was insufficiently developed to rule on the choice-of-law issue regarding the application of California's anti-SLAPP statute. Subsequently, on April 12, 2019, Investor's Business Daily (IBD) filed a Notice of Appeal from the portion of the Order denying the Special Motion to Dismiss (ECF No. 58). However, as IBD did not file a concurrent motion to stay, there remains a question as to whether the Court should or must stay proceedings as to IBD or any of the other Defendants. Thus, the Court ORDERS IBD to file a motion setting forth its position as to stay by noon on Tuesday April 23, 2019. To the extent any of the other parties wish to respond, they shall do so by noon on Thursday April 25, 2019.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 16th day of April, 2019.