**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| THOMAS FRANCHINI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:18-cv-00015-GZS |
| | ) |
| GANNETT COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On May 30, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision on Defendants' Motion for Summary Judgment (ECF No. 217).  Plaintiff filed his Objection (ECF No. 218) on June 13, 2023.  Defendants then filed their Response to Plaintiff's Objections (ECF No. 219) on June 27, 2023.

Having reviewed these filings, along with the entire record, the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.  As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. This Recommended Decision (ECF No. 217) is **AFFIRMED**.
2. Defendants' Motion for Summary Judgment (ECF No. 204) is **GRANTED**.
3. Judgment shall enter in favor of Defendants Gannett Company, Inc. and Donovan Slack as to Count V, which is the sole remaining claim in this case.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 5th day of July, 2023.